IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARTIN CERVANTES,<br><br>            Defendant. | CASE NO.  1:22-MJ-00002-EPG<br><br><br>ORDER UNSEALING COMPLAINT |

The United States applied to this Court for the complaint in this case to remain under seal to prevent the destruction of evidence and flight of the target of the investigation.  The target of this investigation is in custody and the need for sealing with respect to those documents having therefore ceased;

IT IS ORDERED that the complaint filed in the above-entitled matter shall be unsealed.

Dated: 1/6/2022

_Sheila K. Oberto_
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

1